1  LEONARDO M. RAPADAS
   United States Attorney
2  CRAIG N. MOORE
   Assistant United States Attorney
3  DISTRICT OF THE NORTHERN
      MARIANA ISLANDS
4  Horiguchi Building, Third Floor
   P.O. Box 500377
5  Saipan, MP 96950
   Telephone:  (670) 236-2982
6  Fax:        (670) 236-2985

7  Attorneys for United States of America

F I L E D
Clerk
District Court

AUG - 4 2006

For The Northern Mariana Islands
By_____
        (Deputy Clerk)

8              UNITED STATES DISTRICT COURT

9              NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,            )   Criminal Case No. 01-00012
                                        )
11              Plaintiff,              )
                                        )
12       v.                             )
                                        )   **MOTION TO DISMISS SUPERSEDING**
13 EMMA REGUYAL CABIGTING,              )   **INDICTMENT AND ORDER**
                                        )
14                                      )
                Defendant.              )
15 _____ )

16

17      The United States respectfully moves for an order dismissing the Superseding Indictment in this
   case as to this defendant.
18

19
   Dated: August 4, 2006
20
                                    LEONARDO M. RAPADAS
21                                  United States Attorney

22

23                              By: _____
                                    CRAIG N. MOORE
24                                  Assistant United States Attorney
                                    District of the Northern Mariana Islands
25

26 SO ORDERED:

27 _____
   ALEX R. MUNSON, CHIEF JUDGE

RECEIVED

AUG - 4 2006

Clerk
District Court
The Northern Mariana Islands